UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Operating Engineers Local #49 Health and Welfare Fund and Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local #49 International Union of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Program and their Trustees,<br><br>        Plaintiffs,<br><br>vs.<br><br>Mann Valley Excavating, Inc. and Erik P. Paulson, individually,<br><br>        Defendants. | Case No. 10-cv-03570 (PAM/JJK)<br><br><br><br><br><br><br><br><br><br>**ORDER TO SHOW CAUSE** |

The above matter came before the undersigned upon the Plaintiffs' Motion for Order to Show Cause as to why the Defendants should not be held in civil contempt for failing to obey the Court's Order, dated and filed December 2, 2010. Pursuant to the Plaintiffs' Motion, the Court now makes the following Order:

**IT IS HEREBY ORDERED:**

Defendants Mann Valley Excavating, Inc. and Erik P. Paulson are hereby ordered to personally appear before this Court on **February 10, 2011 at 11:00 a.m**., Courtroom 7D, at the U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101, to show cause, if any, why a contempt of court Order should not be entered adjudging the Defendants in civil contempt of this Court for failing to comply with the Court's Order of

1

December 2, 2010 and to show cause why Erik P. Paulson should not be committed to confinement until compliance with the Court's Order.

BY THE COURT:

Date: January   21  , 2011.        s/Paul A. Magnuson
                                    The Honorable Paul A. Magnuson
                                    United States District Court Judge