UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Operating Engineers Local #49 Health and Welfare Fund and Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local #49 International Union of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Program and their Trustees,<br><br>       Plaintiffs,<br><br>vs.<br><br>Mann Valley Excavating, Inc. and Erik P. Paulson, individually,<br><br>       Defendants. | Case No. 10-cv-03570 (PAM/JJK)<br><br><br><br>**ORDER FOR**<br>**DISMISSAL** |

This matter is hereby dismissed without prejudice and without costs to either party.

IT IS SO ORDERED:

Dated: <u>February 11</u>, 2010       BY THE COURT:

                                            <u>s/Paul A. Magnuson</u>
                                            The Honorable Paul A. Magnuson
                                            United States District Court Judge